Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–12685–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sarah L. Huntley
   32 Hyacinth Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–0440

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            4/17/19
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 14, 2019
JAN: bed

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-12685-JNP
Sarah L. Huntley                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2              Date Rcvd: Feb 14, 2019
                             Form ID: 132             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2019.
```
db          +Sarah L. Huntley,    32 Hyacinth Lane,    Sicklerville, NJ 08081-2525
518018346    Advantage Au,    Rte 130 & Klemm Av,    Gloucester City, NJ 08030
518018347    American Coradius International LLC,    2420 Sweet Home Rd Ste 150,    Buffalo, NY 14228-2244
518018348   +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518018351    CCMUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
518018353   +Central Credit Services LLC,    9550 Regency Square Blvd,    Suite 500,
              Jacksonville, FL 32225-8169
518018356   +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
518018357   +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518018359   +Internal Revenue Service,    United States Attorney,    Peter Rodino Federal Building,
              970 Broad Street, Suite 700,    Newark, NJ 07102-2527
518018361   +Lead Bank,    200 N 3rd St,    Garden City, MO 64747-8163
518018362   +Lee S. Dennison PC,    231 High Street,    Mount Holly, NJ 08060-1450
518018364    Millenium Sugical Center,    2900 Springdale Rd,    Cherry Hill, NJ 08003
518018365    Northstar Location Services LLC,    4285 Genesee Street,    Buffalo, NY 14225-1943
518018367   +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518018368   +Safehome Security,    Attn: Bankruptcy,    1125 Middle St,    Middletown, CT 06457-1686
518018371   +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2019 00:14:29     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518018345   +E-mail/Text: maria.dennis@gotoclc.com Feb 15 2019 00:15:14     Accelerated Financial,
              25 Woods Lake Rd Ste 507,    Greenville, SC 29607-2767
518018349   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 15 2019 00:15:02
              Bayview Loan Servicing LLC,    Customer Service Department,    4425 Ponce De Leon Blvd 6th FL,
              Coral Gables, FL 33146-1837
518018352   +E-mail/Text: clientrep@capitalcollects.com Feb 15 2019 00:15:42     CCS,    Attn: Bankruptcy,
              Po Box 150,    West Berlin, NJ 08091-0150
518018350   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2019 00:16:48     Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518018354   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 00:14:11
              Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
              Columbus, OH 43218-2125
518018355   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 00:14:11     Comenitybank/New York,
              Attn:  Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518018358    E-mail/Text: cio.bncmail@irs.gov Feb 15 2019 00:13:44     Internal Revenue Service,
              Bankruptcy Dept,    PO Box 7346,    Philadelphia, PA 19101-7346
518018360    E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 15 2019 00:14:45     Jefferson Capital Systems, LLC,
              Po Box 1999,    Saint Cloud, MN 56302
518018363   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2019 00:14:29     Midland Funding,
              2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518018366   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2019 00:18:10
              Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518018369   +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2019 00:16:41     SYNCB/PayPal Smart Conn,
              Po Box 9650005,    Orlando, FL 32896-0001
518020319   +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2019 00:17:56     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518018370   +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2019 00:17:56     Synchrony Bank/ JC Penneys,
              Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518018372   +E-mail/Text: chegyi@winslowtownship.com Feb 15 2019 00:14:31     Winslow Township,
              125 South Route 73,    Hammonton, NJ 08037-9422
                                                                                               TOTAL: 16
```

         **\*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\***
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Feb 14, 2019
                               Form ID: 132                 Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kimberly A. Wilson    on behalf of Debtor Sarah L. Huntley wilson.schroedinger@comcast.net,
               courtdocs_kwlaw@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 3
```