UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Kimberly A. Wilson, LLC
Kimberly A. Wilson, Esquire
24 North White Horse Pike
Somerdale, NJ 08083
(856) 783-4440
(856) 783-5504 fax

In Re:

Sarah L. Huntley,

Debtor(s)

Case No.:      19-12685

Chapter:      13

Hearing Date:   October 15, 2019

Judge:      JNP

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Kimberly A. Wilson,

    ☒ am the attorney for: Sarah L. Huntley

    ☐ am self-represented

    Phone number: 856-783-4440

    Email address: k_wilsonlaw@comcast.net

2. I request an adjournment of the following hearing:

    Matter: Motion for Relief from Stay

    Current hearing date and time: October 15, 2019 at 10:00 am

    New date requested: 30 day adjournment

    Reason for adjournment request: Additional time needed to resolve matter

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 10/07/2019                                    /s/Kimberly A. Wilson
                                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 11/19/2019 at 10 am        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2