| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Telephone: (609) 924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D* | Order Filed on December 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Sarah L. Huntley,<br><br>            Debtor. | Chapter: 13<br><br>Case No. 19-12685 (JNP)<br><br>Hearing: December 3, 2019 |

| | | | |
|---|---|---|---|
| Recommended Local Form | ☐ Followed | ☒ Modified |

## ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: December 11, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Applicant: <u>Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D</u>

Applicant's Counsel <u>Elizabeth K. Holdren, Esq.</u>

Property Involved ("Collateral"): <u>32 Hyacinth Lane, Winslow Township, New Jersey</u>

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 3 months from 9/1/19 to 11/1/19.
    - The Debtor is overdue for 3 payments at $699.79 per month.
    - Less Suspense of 1.26

    Total Arrearages Due $2,098.11

2. Debtor must cure all post-petition arrearages, as follows:

    - Beginning on December 1, 2019, regular post-petition monthly mortgage payments shall continue to be made in the amount of $699.79 or pursuant to any future Notice of Payment Change duly filed by Secured Creditor.

    - Beginning on December 1, 2019, additional monthly cure payments shall be made in the amount of $349.68 each for five (5) months.

    - Beginning May 1, 2020, an additional monthly cure payment shall be made in the amount of $349.71 for one (1) month.

3. All payments to the Secured Creditor shall be made to the following address:

    FCI Lender Services, Inc.
    P.O. Box 28720
    Anaheim Hills, CA 92809

4. In the event of Default:

☒ In the event Debtor fails to make any payment required by this order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney's fees of $500.00, and costs of $181.00.

The fees and costs are payable though the Chapter 13 Plan