Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–12685–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sarah L. Huntley
  32 Hyacinth Lane
  Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–0440

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

  NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:      June 30, 2020
Time:      11:00 AM
Location:  4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*50* – Response to (related document:49 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Elizabeth K. Holdren on behalf of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V–D. Objection deadline is 06/4/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V–D) filed by Kimberly A. Wilson on behalf of Sarah L. Huntley. (Attachments: # 1 Certification of Debtor # 2 Exhibit # 3 Exhibit B) (Wilson, Kimberly)

and transact such other business as may properly come before the meeting.


Dated: June 5, 2020
JAN: bed

                              Jeanne Naughton
                              Clerk