**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

_____
**Law Offices of Kimberly A. Wilson, LLC**
24 North White Horse Pike
Somerdale, New Jersey 08083
KAW(031441997)
856-783-4440
**Attorney for Debtor(s)**

In re:
Sarah L. Huntley,

    Debtor(s).

Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-12685

Adv. No.:

Hearing Date: n/a

Judge: JNP.

**ORDER TO DEBTOR'S EMPLOYER ENDING PAYMENTS TO Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust - FCI Lender Services Inc.**

The relief set forth on the following pages, numbered two (2) through one (1) is hereby **ORDERED.**

**DATED: July 7, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Debtors: Sarah L . Huntley**
**Case Number: 19-12685-JNP**

**Caption on Order:    ORDER TO DEBTOR'S EMPLOYER ENDING PAYMENTS TO Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust - FCI Lender Services Inc.**

**Sarah L . Huntley,** a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an Order having been entered for debtor's employer, Ancora Psychiatric Hospital 's, to deduct funds from the debtor's compensation and submit them to FCI Lender Services Inc., PO BOX 27370, Anaheim Hills, CA 92809-0112; and the Debtor now seeking an Order to her employer ending wage garnished payments so she may make direct payments to her mortgage lender; it is hereby

**ORDERED** that the debtor's employer shall cease withholding mortgage payments from the debtor's compensation beginning on the date of this order, and that effective June 30, 2020, the debtor's employer is no longer required to submit payments to Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust - FCI Lender Services Inc. on behalf of the above named debtor, and it is further

**ORDERED** that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the mortgage lender shall be refunded to the debtor within ten (10) days of the date of this order, and it is further

**ORDERED** that this order terminating mortgage garnishment supercedes order dated September 30, 2019.

**ORDERED** that the attorney for the debtor shall serve a copy of this order on the debtor's employer within five (5) days of the date of this order.