**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Law Offices of Kimberly A. Wilson, LLC**
**24 North White Horse Pike**
**Somerdale, New Jersey 08083**
**KAW(031441997)**
**856-783-4440**
**Attorney for Debtor(s)**
In re:
Sarah L. Huntley,

     Debtor(s).

Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-12685

Adv. No.:

Hearing Date: n/a

Judge: JNP.

**ORDER TO DEBTOR'S EMPLOYER ENDING PAYMENTS TO Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust - FCI Lender Services Inc.**

The relief set forth on the following pages, numbered two (2) through one (1) is hereby **ORDERED.**

**DATED: July 7, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 1)

**Debtors: Sarah L . Huntley**
**Case Number: 19-12685-JNP**

**Caption on Order:** ORDER TO DEBTOR'S EMPLOYER ENDING PAYMENTS TO Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust - FCI Lender Services Inc.

**Sarah L . Huntley,** a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an Order having been entered for debtor's employer, Ancora Psychiatric Hospital 's, to deduct funds from the debtor's compensation and submit them to FCI Lender Services Inc., PO BOX 27370, Anaheim Hills, CA 92809-0112; and the Debtor now seeking an Order to her employer ending wage garnished payments so she may make direct payments to her mortgage lender; it is hereby

**ORDERED** that the debtor's employer shall cease withholding mortgage payments from the debtor's compensation beginning on the date of this order, and that effective June 30, 2020, the debtor's employer is no longer required to submit payments to Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust - FCI Lender Services Inc. on behalf of the above named debtor, and it is further

**ORDERED** that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the mortgage lender shall be refunded to the debtor within ten (10) days of the date of this order, and it is further

**ORDERED** that this order terminating mortgage garnishment supercedes order dated September 30, 2019.

**ORDERED** that the attorney for the debtor shall serve a copy of this order on the debtor's employer within five (5) days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-12685-JNP
Sarah L. Huntley                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin         Page 1 of 1           Date Rcvd: Jul 08, 2020
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Sarah L. Huntley,    32 Hyacinth Lane,    Sicklerville, NJ 08081-2525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
          Elizabeth K. Holdren    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner
           Trustee of the Residential Credit Opportunities Trust V-D eholdren@hillwallack.com,
           jhanley@hillwallack.com;hwbknj@hillwallack.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kimberly A. Wilson    on behalf of Debtor Sarah L. Huntley k_wilsonlaw@comcast.net,
           courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6