UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HILL WALLACK LLP
Angela C. Pattison, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: apattison@hillwallack.com
Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D

In Re:

SARAH L. HUNTLEY,

Debtor.

Case No.: 19-12685

Adv. No.: 

Chapter: 13

Hearing Date: July 14, 2020

Judge: JNP

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Angela C. Pattison__,

   ☒ am the attorney for: Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D

   ☐ am self-represented

   Phone number: 609-924-0808

   Email address: apattison@hillwallack.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default

   Current hearing date and time: July 14, 2020 at 10:00 a.m.

   New date requested: July 28, 2020 at 10:00 a.m.

   Reason for adjournment request: Attempting resolution

3.    I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned _____ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

      ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

      _____

I certify under penalty of perjury that the foregoing is true.

Date: July 13, 2020                 /s/ Angela C. Pattison
                                       Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted       New hearing date: 7/28/2020 at 11:00am       ☒ Peremptory

☐ Granted over objection(s)    New hearing date: _____       ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2