| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Joseph J. Rogers, Esquire(JJR 1185) <br> The Law Offices of Rogers and Snavely <br> Washington Professional Campus <br> 900 Route 168, Suite I-4 <br> Turnersville, New Jersey 08012 <br> 856-228-7964 | |
| In Re: <br><br> Sarah Huntley | Case No: 19-12685 JNP <br> Chapter: 13 <br> Hearing Date: _____ <br> Judge: Jerrold N. Poslusny Jr. |

**Order Filed on December 13, 2022 by Clerk U.S. Bankruptcy Court District of New Jersey**

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 13, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)  32 Hyacinth Lane Sicklerville, NJ 08081

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: Millenium Surgical Center
   b. Current Assignee: n/a
   c. Current Servicer: Millenium Surgical Center
   d. Date of Mortgage/Lien: 11/23/2018
   e. Date of Recordation: n/a
   f. Place of Recordation: Super Court of NJ Camden County Special Civil Part
      i. Mortgage Book: n/a    DC-004955-18 ; VJ-9763-18
      ii. Page: n/a
   g. Original Principal Balance of Mortgage/Lien: $ 12,441.20

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*