UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 9, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ❏ Other: _____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*